UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEFFREY S. HITCHCOCK, a single person,<br><br>              Plaintiff,<br><br>   v.<br><br>THE CITY OF MOSES LAKE, MOSES LAKE POLICE DEPARTMENT, POLICE CHIEF DEAN MITCHELL, CORPORAL AARON HINTZ, OFFICER BRANDON BERNARD, and JOHN DOE(S),<br><br>              Defendants. | NO: 2:14-CV-0371-TOR<br><br>ORDER OF DISMISSAL |

BEFORE THE COURT is the parties' Stipulation for Order of Dismissal with Prejudice and Without Costs or Attorney's Fees (ECF No. 18). The parties have indicated that the matter has been fully settled. Pursuant to the parties' stipulation, all claims and causes of action are **DISMISSED** with prejudice and without costs or attorney's fees to any party. Fed. R. Civ. P. 41(a)(1)(A)(ii).

ORDER OF DISMISSAL~ 1

**IT IS ORDERED:**

The parties' Stipulation for Order of Dismissal with Prejudice and Without Costs or Attorney's Fees (ECF No. 22) is **GRANTED**.  All claims and causes of action are **DISMISSED** with prejudice and without an award of costs or fees to any party.

The District Court Executive is directed to enter this Order, provide copies to counsel, and **CLOSE** the file.

**DATED** August 7, 2015.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL~ 2